# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

ALOYSIUS ONUOHA,

           Plaintiff,    :    Case No. 3:15-cv-47

-vs-

                    District Judge Walter Herbert Rice
                    Magistrate Judge Michael R. Merz

GREENE COUNTY BOARD OF
COMMISSIONERS, et al.,

           Defendants.    :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz (ECF No. 24), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby ADOPTS said Report and Recommendations.

Accordingly, it is hereby ORDERED that Defendant Greene County Board of Commissioner's Motion for Judgment on the Pleadings (ECF No. 20) is GRANTED.

December 3, 2015.

                                                Walter Herbert Rice
                                                United States District Judge